Terry Lynn DUNN et al., Plaintiffs,
Clara Mae Harris and Wincy Glover,
Intervenors-Appellants,

v.

LIVINGSTON PARISH SCHOOL
BOARD, Defendant-Appellee.

No. 31137.

United States Court of Appeals,
Fifth Circuit.

July 1, 1971.

Hobart O. Pardue, Jr., Springfield, La.,
for intervenors-appellants.

Leonard E. Yokum, Dist. Atty., Amite,
La., Jack P. F. Gremillion, Atty. Gen.,
Baton Rouge, La., Edward B. Dufreche,
Ponchatoula, La., for defendant-appellee.

Before THORNBERRY, MORGAN
and CLARK, Circuit Judges.

PER CURIAM:

The judgment of the district court dismissing appellants' Motion of Intervention in the above styled and numbered cause is affirmed.

Julio Guerrero SILVA, Petitioner-
Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 71-2249.

United States Court of Appeals,
Fifth Circuit.

July 14, 1971.

Julio G. Silva, pro se.

Anthony J. P. Farris, U. S. Atty.,
Houston, Tex., for appellee.

Before GEWIN, GOLDBERG and
DYER, Circuit Judges.

PER CURIAM:

The application for leave to appeal in forma pauperis is granted. The final order of the district court is reversed and the case is remanded with directions to vacate the judgment of conviction and sentence of the appellant for violation of 26 U.S.C. § 4744(a). Harrington v. United States, 5th Cir. 1971, 444 F.2d 1190 [No. 29481, 1971]. The mandate of this Court will issue forthwith.

Reversed and remanded with directions.